UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO.: 5:03-CR-176-1BR

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **ORDER OF ABATEMENT** |
| ) | |
| **REGINALD PAUL CURRIE** ) | |

This cause came on for judgment upon the sixth count of a bill of indictment to which the defendant entered a plea of guilty on December 2, 2003, and the judgment of the undersigned United States District Judge, upon Count 6, ordered that the defendant be imprisoned for 126 months to be followed by a five year term of supervised release, and that the defendant pay a fine of $7,000.00 and a special assessment of $100.00.

Reginal Paul Currie died on July 23, 2013, at which time he owed a balance of $4,088.00 on the fine.

**THEREFORE,** the court does find and conclude that said fine and judgment did abate with the death of said fined debtor whose estate cannot be charged therewith.

This the  6  day of  August , 2013 .

_____
W. Earl Britt
Senior United States District Judge